UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALMA LUZ CASTRO,<br><br>　　　　　Defendant. | Case No.:  18CR04823-LAB<br><br>**ORDER AND JUDGMENT TO DISMISS INFORMATION WITHOUT PREJUDICE** |

　　Upon motion of the UNITED STATES OF AMERICA,

　　IT IS ORDERED that the Information in Criminal Case No. 18CR04823-LAB against defendant ALMA LUZ CASTRO be, and hereby is, dismissed;

　　IT IS SO ORDERED.

DATED: January 2, 2019

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. LARRY ALAN BURNS
　　　　　　　　　　　　　　　　　United States District Judge